**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>SAFRAN, S.A.,<br>SAFRAN USA INC.,<br>and<br>RTX CORPORATION,<br>*Defendants*. | Civil Action No.: 1:25-cv-01897 |

**CERTIFICATION PURSUANT TO 15 USC SECTION 16(g)**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(g), Defendants Safran, S.A. and Safran USA Inc. (collectively "Safran") respectfully submit the following description of "any and all written or oral communications by or on behalf of" Safran "with any officer or employee of the United States concerning or relevant to" the Proposed Final Judgment filed in this matter on June 17, 2025 (ECF No. 2). Consistent with the requirements of the APPA, this description excludes "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

To the best of Safran's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Safran with any officer or employee of the United States concerning the Proposed Final Judgment, except for communications between counsel of record for Safran and employees of the Department of Justice Antitrust Division. Safran therefore certifies that the requirements of 15 U.S.C. § 16(g) have been complied with and that this description of

communications by or on behalf of Safran required to be reported under 15 U.S.C. § 16(g) is true and complete.

Dated: June 18, 2025

Respectfully submitted,

*/s/ John J. Fedele*
John J. Fedele (D.C. Bar No. 976582)
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4078
Telephone: (202) 835-6144
Fax: (202) 416-7144 Email:
john.fedele@bakermckenzie.com

*Counsel for Defendants Safran, S.A. and Safran USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Certification of Safran, S.A. and Safran USA Inc. pursuant to 15 U.S.C. § 16(g) was served on June 18, 2025 via the Court's electronic filing system on all counsel of record.

*/s/ John J. Fedele*
John J. Fedele