UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br> v.<br><br>SAFRAN, S.A.,<br><br>SAFRAN USA INC.,<br><br>and<br><br>RTX CORPORATION<br><br>   *Defendants*. | Civil Action No.: 1:25-cv-01897-CRC |

**CERTIFICATION PURSUANT TO 15 USC SECTION 16(g)**

  Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act ("APPA"), 15 U.S.C. § 16(g), Defendant RTX Corporation ("RTX") respectfully submits the following description of "any and all written or oral communications by or on behalf of" RTX "with any officer or employee of the United States concerning or relevant to" the Proposed Final Judgment filed in this matter on June 17, 2025 (ECF No. 2). Consistent with the requirements of the APPA, this description excludes "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

  To the best of RTX's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of RTX with any officer or employee of the United States concerning the Proposed Final Judgment, except for communications between counsel of record for RTX and employees of the Department of Justice Antitrust Division. RTX therefore certifies that the requirements of 15 U.S.C. § 16(g) have been complied with and that this description of

communications by or on behalf of RTX required to be reported under 15 U.S.C. § 16(g) is true and complete.

Dated: June 18, 2025                    Respectfully submitted,

/s/ *Brian Byrne*
Brian Byrne
DC Bar #449881
2112 Pennsylvania Avenue, NW
Cleary Gottlieb Steen & Hamilton
LLP Washington, D.C. 20037
(202) 974-1850
bbyrne@cgsh.com

*Counsel for Defendant RTX Corporation*