UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br>   v.<br><br>SAFRAN S.A., *et al.,*<br><br>      *Defendants.* | Civil No.: 1:25-cv-01897-CRC |

[~~PROPOSED~~] ORDER APPOINTING MONITORING TRUSTEE

Upon consideration of the United States' Unopposed Motion to Appoint a Monitor, and for good cause shown, it is hereby ordered: Dionne Lomax is appointed as Monitor effective immediately, with the responsibilities set forth in the Proposed Final Judgment, Dkt No. 2-1.

SO ORDERED.

DATED: *November 25, 2025*

                                                HON. CHRISTOPHER R. COOPER
                                                United States District Judge